UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM3

| | |
|---|---|
| Illuminate USA LLC<br><br>          Plaintiff,<br><br>  v.<br><br>United States,<br><br>          Defendant. | **SUMMONS**<br>**CIT NO. 25-00170** |

**TO:**   The Attorney General, the U.S. Department of Commerce:

     **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



                                      */s/* **Mario Toscano**
                                           Clerk of the Court

---

1.     Name and Standing of Plaintiffs

     Illuminate USA LLC ("Illuminate") is a domestic producer of the domestic like product.

     Illuminate was a party to the investigation now being challenged.  Therefore, Plaintiff is an interested party within the meaning of Section 771(9)(C) of the Tariff Act of 1930, as amended, 19 U.S.C. §1677(9).  Accordingly, Plaintiff has standing to commence this action pursuant to 19 U.S.C. §1516a(d) and 28 U.S.C. § 2631(c).

2.     Brief Description of Contested Determination

     Plaintiff contests the U.S. International Trade Commission's (the "Commission") final determination, issued on June 9, 2025, and published in the Federal Register as *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From Cambodia, Malaysia, Thailand, and Vietnam*, Inv. Nos. 701–TA–722–725 and 731–TA–1690–1693 (Final), 90 Fed. Reg. 25,075 (June 13, 2025).  The views of the Commission are contained in USITC Pub. 5631 (June 2025), entitled *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules from Cambodia, Malaysia, Thailand, and Vietnam*: Inv. Nos. 701–TA–722–725 and 731–TA–1690–1693.

     The corresponding antidumping and countervailing duty orders were published in *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From Malaysia and Thailand: Amended Final Countervailing Duty Determinations; Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From Cambodia, Malaysia, Thailand, and the Socialist Republic of Vietnam: Countervailing Duty Orders*, 90 Fed. Reg. 26,791 (June 24, 2025), and *Crystalline Silicon Photovoltaic*

*Cells, Whether or Not Assembled Into Modules From the Socialist Republic of Vietnam: Amended Final Antidumping Duty Determination; Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules From Cambodia, Malaysia, Thailand, and the Socialist Republic of Vietnam: Antidumping Duty Orders*, 90 Fed. Reg. 26,786 (June 24, 2025).

3.      Date of Determination

The Commission's final determination was issued on June 9,2025 and published in the Federal Register on June 13, 2025. 90 Fed. Reg. 25,075.  The Commission's accompanying views and determinations are contained in USITC publication 5631, which was issued in June of 2025.

4.      If applicable, date of publication in Federal Register of notice of contested determination

The Commission final determination was published in the Federal Register on June 13, 2025. 90 Fed. Reg. 25,075.  The antidumping and countervailing duty orders resulting from this contested determination were published in the Federal Register on June 24, 2024. 90 Fed. Reg. 26,791; 90 Fed. Reg. 26,786.

Robert L. LaFrankie
John B. Brew
Alexander H. Schaefer
Weronika Bukowski
Valerie Ellis

Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
Tel: (202) 624-2500
Email: RLaFrankie@crowell.com

Counsel for Plaintiff

*/s/ Robert L. LaFrankie*
_____
Signature of Plaintiff's Attorney

July 24, 2025
_____
Date

## SERVICE OF SUMMONS BY THE CLERK

This is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2) of the Tariff Act of 1930, as amended (19 U.S.C. § 1516a(a)(2)). Pursuant to Rule 3(a)(2), this action is commenced by filing a summons only. Pursuant to Rules 4(a)(1) and (4), the Clerk of the Court is required to make service of the summons on each of the following named defendants:

**UPON THE UNITED STATES:**

Attorney-in-Charge
General International Trade Field Office
U.S. Department of Justice
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Supervisory Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

**UPON THE U.S. INTERNATIONAL TRADE COMMISSION:**

The Honorable Lisa R. Barton
Secretary
U.S. INTERNATIONAL TRADE COMMISSION
500 E Street, S.W.
Washington, DC 20436

## CERTIFICATE OF SERVICE

Pursuant to Rule 3(f) of the Court of International Trade, I, Robert R. LaFrankie, hereby certify that the foregoing Summons as well as the Form 5 Information Statement, Form 11 Notice of Appearance, and Form 17 Business Proprietary Information Certification were served upon the parties in the administrative proceeding, by Electronic File Transfer and U.S. certified mail, return receipt requested on July 24, 2025.

Timothy Brightbill
**Wiley Rein LLP**
2050 M Street, NW
Washington, DC 20036
Email: TBrightbill@wiley.law; WileyTrade@wiley.law

Matthew Nicely
**Akin Gump Strauss Hauer & Feld LLP**
2001 K Street, NW
Washington, DC 20006
Email: mnicely@akingump.com; trade@akingump.com

Lian Yang
**Alston & Bird LLP**
950 F St NW
Washington, DC 20004
Email: Lian.Yang@alston.com; ab.trade@alston.com

Diana Dimitriuc Quaia
**ArentFox Schiff LLP**
1717 K Street NW
Washington, DC 20006
Email: diana.dimitriuc-quaia@afslaw.com; afiservice@afslaw.com

Christine Streatfeild
**Baker & McKenzie LLP**
815 Connecticut Avenue N.W.
Washington, DC 20006
Email: Christine.Streatfeild@bakermckenzie.com

Patrick Regan
**Crossroads Solar Enterprises Inc.**
1901 N. Benedix Dr.
South Bend, Indiana 46628
Email: Patrickregan@crossroads-solar.com

Friederike S. Gorgens
**Greenberg Traurig LLP**
2101 L Street, NW
Suite 1000
Washington, DC 20037

Email: friederike.goergens@gtlaw.com

Jordan C. Kahn
**Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP**
1201 New York Avenue, NW
Suite 650
Washington, DC 20005
Email: jkahn@gdlsk.com

Jonathan T. Stoel
**Hogan Lovells US LLP**
555 Thirteenth Street, NW
Columbia Square
Washington, DC 20004
Email: Jonathan.Stoel@hoganlovells.com

Kristin H. Mowry
**Mowry & Grimson, PLLC**
5335 Wisconsin Avenue, NW
Suite 810
Washington, DC 20015
Email: khm@mowrygrimson.com; trade@mowrygrimson.com

Brooks Allen
**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Ave NW
Washington, DC 20005
Email: Brooks.Allen@skadden.com

Jonathan Freed
**Trade Pacific PLLC**
700 Pennsylvania Avenue
Suite 500
Washington, DC 20003
Email: jfreed@tradepacificlaw.com

John R. Magnus
**TradeWins LLC**
1330 Connecticut Ave., NW Washington, DC 20036
Email: jmagnus@tradewinsllc.net

Gregory S. Menegaz
**The Inter-Global Trade Law Group PLLC**
1156 15th Street, NW
Suite 1101
Washington, DC 20005
Email: gmenegaz@igtlaw.com