| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 7A |
|---|---|

```
Illuminate USA LLC

                          Plaintiff,                    Court No. 25-00170
         v.
United States

                          Defendant.
```

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 8/20/2025

/s/ Weronika Bukowski
Attorney for Plaintiff

Two Manhattan West, 375 Ninth Ave
Street Address

New York, NY 10001
City, State and Zip Code

212-530-1930
Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: August 20, 2025

Clerk, U. S. Court of International Trade

By: /s/ Giselle Almonte
Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: __August 20, 2025__

Clerk, U. S. Court of International Trade

By: __/s/ Giselle Almonte__
        Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)